IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY BURNS, | : | CIVIL ACTION |
| | : | NO. 14-2134 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| TROY STRATOS, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this **24th** day of **January, 2022**, upon consideration of the Motions to Dismiss filed by Defendant Venable LLP (ECF No. 122), and Defendant Stratos (ECF Nos. 121, 124), and all responses thereto, it is hereby **ORDERED** as follows:

1) The Motion for Leave to File a Reply filed by Venable LLP (ECF No. 133) is **GRANTED**.

2) The Motion to Dismiss filed by Venable LLP (ECF No. 122) is **GRANTED**. Counts I, II, IV, V, VI, and VII of the Amended Complaint are **DISMISSED with prejudice**.

3) Stratos' first Motion to Dismiss (ECF No. 121) is **GRANTED in part and DENIED in part**. Stratos' motion is **GRANTED** as to Counts I, V, and VI of the Amended Complaint, and **DENIED** as to Count III of the Amended Complaint.

4) Stratos' second Motion to Dismiss (ECF No. 124) is **DENIED as moot**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**